[No. 38761-8-I.    Division One.    June 9, 1997.]

RON WIELAND, *Appellant*, v. THE CITY OF SEATAC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-14782-8, Liem E. Tuai, J., entered November 15, 1995. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Baker, C.J., and Webster, J.

[No. 38853-3-I.    Division One.    June 9, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ADAM E. KING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-02349-5, Bobbe J. Bridge, J., entered June 11, 1995. *Dismissed* by unpublished per curiam opinion.

[No. 38995-5-I.    Division One.    June 9, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. STANLEY BRANDON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-07441-0, Marilyn R. Sellers, J., entered July 8, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 39724-9-I.    Division One.    June 9, 1997.]

SHARON L. RYAN, *Respondent*, v. PETER BORITZ, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-09390-4, Stephen Gaddis, J. Pro Tem., entered December 6 and 20, 1996. *Reversed* by unpublished per curiam opinion.